UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RYAN SCOTT PELLEGRIN                             CIVIL ACTION

VERSUS                                          NO. 26-391

JESSICA JENKINS BREWSTER                        SECTION: "J"(1)

## ORDER

Before the Court is a Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 4)** and a *Motion for Leave to Amend Complaint and/or Objection to Report and Recommendation* **(Rec. Doc. 5)** filed by *pro se* Plaintiff Ryan Scott Pellegrin. After considering the Report and Recommendation, the Motion and Objection, the record, and the applicable law, the Court **OVERRULES** Plaintiff's Objection, **APPROVES** and **ADOPTS** the magistrate judge's Report and Recommendation, and **DENIES** Plaintiff's Motion.

In his complaint, Plaintiff alleges that Defendant Jessica Jenkins Brewster violated his federal civil rights in her capacity as the Clerk of Court because she failed to submit certain records to the Louisiana First Circuit Court of Appeals. **(Rec. Doc. 1, at 3).** Plaintiff seeks damages and an injunction "ordering the Clerk of Court to follow the law." *Id.* at 4.

In her report and recommendation, the magistrate judge recommends that Plaintiff's claim should be dismissed because "his federal civil rights claims are frivolous, fail to state a claim upon which relief can be granted, and/or seek monetary

1

relief from a defendant who is immune from such relief." (Rec. Doc. 4, at 3). Plaintiff then filed a *Motion for Leave to Amend Complaint and/or Objection to Report and Recommendation*. (Rec. Doc. 5). In the filing, Plaintiff seeks leave to amend his complaint to remove his request for monetary relief and only seek an injunction against the Clerk of Court.

When an action is filed *in forma pauperis*, like this one, federal law mandates the court to dismiss a case if at any time the court determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). The magistrate judge found that Plaintiff's case should be dismissed for all three of these reasons. After review of Plaintiff's complaint, the Court agrees with this finding. In seeking leave to amend, Plaintiff fails to address both the frivolity of his complaint and his failure to state a claim upon which relief should be granted. Plaintiff's case, therefore, must be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ryan Scott Pellegrin's Objection **(Rec. Doc. 5)** is **OVERRULED**, and that the Magistrate Judge's Report and Recommendation (Rec. Doc. 4) is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend his Complaint (Rec. Doc. 5) is **DENIED**, and that this case be **DISMISSED with prejudice**.

New Orleans, Louisiana this 25th day of March, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE